| | |
|---|---|
| 1 | Scott A. Kamber, Esq. |
| 2 | KAMBER & ASSOCIATES, LLC<br>19 Fulton Street, Suite 400 |
| 3 | New York, New York   10038<br>(877) 773-5469 (phone) |
| 4 | (212) 202-6364 (facsimile)<br>skamber@kolaw.com |
| 5 | |
| 6 | David C. Parisi, Esq. (SBN 162248)<br>Suzanne Havens Beckman (SBN 188814) |
| 7 | PARISI & HAVENS LLP |
| 8 | 15233 Valleyheart Drive<br>Sherman Oaks, California   91403 |
| 9 | (818) 990-1299 (phone)<br>(818) 501-7852 (facsimile) |
| 10 | dcparisi@parisihavens.com<br>shavens@parisihavens.com |
| 11 | |
| 12 | Co-Lead Counsel for Plaintiffs |

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — /s/ James Ware, Judge James Ware]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re ATI Tech. HDCP Litigation | ) | Case No.: 5:06-CV-01303-JW |
| | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **STIPULATION AND [PROPOSED ORDER] EXTENDING TIME FOR PLAINTIFFS TO FILE AND SERVE CONSOLIDATED COMPLAINT**<br><br>[Local Rule 6-1] |

On April 18, 2006, the Court entered Case Management Order #1 ("CMO 1"), with the consent of all Parties. Pursuant to CMO 1, Plaintiffs were to file their consolidated complaint on May 29, 2006. It has recently come to the Parties attention that a new action has been filed in the U.S. District Court for the District of Tennessee ("Tennessee Action"). In order to conserve judicial resources, the parties have been working to obtain the voluntary transfer of the Tennessee action to this Court. In order to facilitate that objective and promote the efficient litigation of this matter, the Parties do hereby stipulate that Plaintiffs shall have an additional fourteen (14) days – up to and including June 12, 2006 –to file their Consolidated Complaint, with the objective of

including the Tennessee Action, and defendants shall have an additional fourteen (14) days – up to and including July 31, 2006 – in which to answer or otherwise respond to Plaintiffs' Consolidated Complaint.

    This is the first extension of time on any date in CMO 1.

Dated: May ____, 2006        SHERMAN & STERLING LLP


By:_____
    JEFFREY S. FACTER
    JIYOUN CHUNG
525 Market Street
San Francisco, California  94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Attorneys for Defendants ATI Technologies, Inc., ATI Technologies Systems Corp., ATI Research Silicon Valley Inc., and ATI Research, Inc.

Dated: May ___, 2006        PARISI & HAVENS LLP


By:_____/S/_____
    DAVID C. PARISI
15233 Valleyheart Drive
Sherman Oaks, California  91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Co-Lead Counsel for Plaintiffs

**IT IS SO ORDERED.**

Dated:_____

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT

1 | including the Tennessee Action, and defendants shall have an additional fourteen (14) days – up to
2 | and including July 31, 2006 – in which to answer or otherwise respond to Plaintiffs' Consolidated
3 | Complaint.

4 |     This is the first extension of time on any date in CMO 1.

6 | Dated: May 30, 2006      SHERMAN & STERLING LLP

By: _____
JEFFREY S. FACTER
JIYOUN CHUNG
525 Market Street
San Francisco, California 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Attorneys for Defendants ATI Technologies, Inc.,
ATI Technologies Systems Corp., ATI Research
Silicon Valley Inc., and ATI Research, Inc.

15 | Dated: May ___, 2006      PARISI & HAVENS LLP

By: _____
DAVID C. PARISI
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Co-Lead Counsel for Plaintiffs

23 | **IT IS SO ORDERED.**

24 | Dated: MAY 31, 2006

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT

---

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
PLAINTIFFS TO FILE AND SERVE CONSOLIDATED COMPLAINT      Case No. 5:06-CV-01303 JW