1  Jeffrey S. Facter (State Bar No. 123817)
   Jiyoun Chung (State Bar No. 226900)
2  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
3  San Francisco, CA 94105
   Telephone:   (415) 616-1100
4  Facsimile:    (415) 616-1199
   Email:          jfacter@shearman.com
5                       jiyoun.chung@shearman.com

6  Attorneys for Defendants ATI Technologies Inc.,
   ATI Technologies Systems Corp., ATI Research
7  Silicon Valley Inc., and ATI Research, Inc.

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13 | In re ATI Tech. HDCP Litigation | Case No.: 5:06-CV-01303-JW |

14

15 STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE CASE MANAGEMENT CONFERENCE STATEMENT

18 Judge: Hon. James Ware

---

STIP. AND [P] ORDER EXTENDING       CASE NO.: 5:06-CV-01303-JW
TIME TO FILE CMC STATEMENT
                                                        260156

1  WHEREAS, pursuant to FRCP 26(f) and Civil L.R. 16-9(a), the parties were due to
2  conduct an initial conference by August 28, 2006, and to file a Joint or Separate Case Management
3  Conference Statement by September 11, 2006;
4  WHEREAS, the parties were unable to conduct their FRCP 26(f) conference until
5  September 5, 2006 due to unavoidable conflicts in counsels' respective schedules, and as a result,
6  have been unable to finalize their Case Management Conference Statement(s) at this time;
7  WHEREAS, the parties therefore wish to have two additional days to file their
8  Case Management Conference Statement(s) in advance of the currently set September 18, 2006
9  Case Management Conference in this matter;
10  NOW THEREFORE, the parties, by and among their undersigned counsel, hereby
11  jointly stipulate and request the Court to order that the time for the parties to file their Case
12  Management Conference Statement(s) shall be extended to September 13, 2006.
13  IT IS SO STIPULATED.

Dated: September 11, 2006

SHEARMAN & STERLING LLP
Jeffrey S. Facter
Jiyoun Chung

By: _____/s/ Jiyoun Chung_____
　　　　　Jiyoun Chung

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Attorneys for Defendants ATI Technologies Inc.,
ATI Technologies Systems Corp., ATI Research
Silicon Valley Inc., and ATI Research, Inc.

Dated: September 11, 2006

KAMBER & ASSOCIATES, LLC

By: _____/s/ Scott A. Kamber*_____
　　　　　Scott A. Kamber

19 Fulton Street, Suite 400
New York, NY 10038
Telephone:　(877) 773-5469
Facsimile:　(212) 202-6364
Email:　skamber@kolaw.com

---

\* Attestation: The undersigned filer hereby attests that concurrence in the filing of this document was obtained from the other signatory indicated.
　　　　　_____Jiyoun Chung_____

STIP. AND [P] ORDER EXTENDING　　　1　　　CASE NO.: 5:06-CV-01303-JW
TIME TO FILE CMC STATEMENT

260156

| | |
|---|---|
| 1 | PARISI & HAVENS LLP |
| 2 | David C. Parisi, Esq. (SBN 162248)<br>Suzanne Havens Beckman (SBN 188814) |
| 3 | 15233 Valleyheart Drive<br>Sherman Oaks, CA 91403 |
| 4 | Telephone:   (818) 990-1299<br>Facsimile:    (818) 501-7852 |
| 5 | Email:         dcparisi@parisihavens.com<br>                   shavens@parisihavens.com |

LAW OFFICES OF ALAN HIMMELFARB
Alan Himmelfarb (SBN 90480)
2757 Leonis Boulevard
Los Angeles, CA 90058
Telephone:   (323) 585-8696

LAW OFFICES OF JOSHUA H. HAFFNER
Joshua H. Haffner (SBN 188652)
333 Washington Blvd., #354
Marina Del Rey, CA 90292
Telephone:   (310) 305-3975

GLASSMAN, EDWARDS, WADE & WYATT, P.C.
B.J. Wade
26 N. Second Street
Memphis, TX 38103
Telephone:   (901) 527-4673

THE MASON LAW FIRM, P.C.
Gary Mason
1225 19th Street Northwest
Washington, D.C. 20036
Telephone:   (202) 429-2290

THE MASON LAW FIRM, P.C.
Alexander E. Barnett
One Pennsylvania Plaza
Suite 4632
New York, NY 10119
Telephone:   (212) 362-5770

Attorneys for Plaintiffs

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 13, 2006

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE