**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                             SAN JOSE DIVISION

10                              NO. C 06-01303 JW

11   In re ATI Tech. HDCP Litig.        **ORDER BIFURCATING DISCOVERY**
                                        **PENDING THE COURT'S RULING ON**
12   This document relates to:          **PLAINTIFFS' MOTION FOR CLASS**
                                        **CERTIFICATION**
13              ALL ACTIONS.
                                    /
14

15          On September 18, 2006, the Court conducted a case management conference.  The parties

16   disputed whether discovery should be bifurcated pending the Court's ruling on Plaintiffs' Motion for

17   Class Certification, which was filed on December 1, 2006 and noticed for hearing on March 19,

18   2007.  Having considered the positions of counsel, the Court orders as follows.

19          The parties shall limit their discovery to class certification issues.  This limitation shall be in

20   effect until the Court's ruling on Plaintiffs' Motion for Class Certification.  The parties are referred

21   to Magistrate Judge Lloyd for any further discovery disputes.

22

23   Dated:  February 11, 2007

24                                          JAMES WARE
                                            United States District Judge
25
26
27
28

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan  Himmelfarb Consumerlaw1@earthlink.net
Alexander E Barnett abarnett@masonlawdc.com
David C. Parisi dcparisi@msn.com
Jeffrey S. Facter jfacter@shearman.com
Jiyoun  Chung jiyoun.chung@shearman.com
Scott A Kamber skamber@kolaw.com

**Dated:  February 11, 2007**                    **Richard W. Wieking, Clerk**


**By:** __/s/ JW Chambers__
        **Elizabeth Garcia**
        **Courtroom Deputy**