1  Jeffrey S. Facter (State Bar No. 123817)
2  Jiyoun Chung (State Bar No. 226900)
   SHEARMAN & STERLING LLP
3  525 Market Street, Suite 1500
   San Francisco, CA 94105-2723
4  Telephone:  (415) 616-1100
   Facsimile:   (415) 616-1199
5  Email:      jfacter@shearman.com
               jiyoun.chung@shearman.com
6
7  Attorneys for Defendants ATI Technologies Inc.,
   ATI Technologies Systems Corp., ATI Research
8  Silicon Valley Inc., and ATI Research, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ATI Tech. HDCP Litigation | Case No.: 5:06-CV-01303-JW HRL<br><br>STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION HEARING AND BRIEFING SCHEDULE<br><br>Date:       March 19, 2007<br>Time:       9:00 a.m.<br>Courtroom:  8<br>Judge:      Hon. James Ware |

1     WHEREAS, at the initial Case Management Conference in this action on September 18, 2006, the Court set plaintiffs' motion for class certification to be heard on March 19, 2007, at 9:00 a.m.;

    WHEREAS the Court indicated that this date could be continued to a different date, if so requested by the parties;

    WHEREAS the parties have reached agreement to continue the hearing to April 23, 2007, at 9:00 a.m., and have confirmed the Court's availability at that time; and

    WHEREAS the parties have further conferred and agreed upon a corresponding discovery and briefing schedule as follows;

    NOW THEREFORE, the parties, through their respective counsel, hereby stipulate and jointly request the Court order as follows:

1. The class certification hearing currently scheduled for March 19, 2007, at 9:00 a.m. shall be continued to April 23, 2007, at 9:00 a.m.

2. Defendants shall have until March 29, 2007 to file their opposition to plaintiffs' motion for class certification.

3. Plaintiffs shall have until April 16, 2007 to file their reply in support of their motion for class certification.

4. In the event experts are to be used by either party, notice of initial designations of experts shall be given to the other side no earlier than March 12, 2007, and no later than March 15, 2007. The notice shall consist either of the affidavit of the expert, or an explanation of the opinions of the expert that are to be offered.

5. In the event that experts are so designated by either party, the other party shall provide notice of the designations of rebuttal experts no later than five business days after the earlier of (i) the date that party deposed the other side's expert, or (ii) the date on which the other side's expert's affidavit was provided to that party.

///

///

///

6. Any expert designated by any party shall be made available for deposition within one week of his or her designation. In no event shall there be an expert designated by plaintiffs whom defendants are not given an opportunity to depose on or before March 28, 2007.

Dated: February 22, 2007

SHEARMAN & STERLING LLP
Jeffrey S. Facter
Jiyoun Chung

By: _____
    Jeffrey S. Facter

Attorneys for Defendants ATI Technologies Inc., ATI Technologies Systems Corp., ATI Research Silicon Valley Inc., and ATI Research, Inc.

Dated: February 22, 2007

PARISI & HAVENS LLP

By: _____
    David C. Parisi

Suzanne Havens Beckman (SBN 188814)
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone:   (818) 990-1299
Facsimile:   (818) 501-7852
Email:       dcparisi@parisihavens.com
             shavens@parisihavens.com

KAMBER & ASSOCIATES, LLC
Scott A. Kamber, Esq.
11 Broadway, 22nd Floor
New York, NY 10004
Telephone:   (877) 773-5469
Facsimile:   (212) 202-6364
Email:       skamber@kolaw.com

Co-Lead Counsel for Plaintiffs

ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and good cause appearing therefore, the parties are ordered to abide by the following schedule:

1. The class certification hearing currently scheduled for March 19, 2007, at 9:00 a.m. shall be continued to April 23, 2007, at 9:00 a.m.

2. Defendants shall have until March 29, 2007 to file their opposition to plaintiffs' motion for class certification.

3. Plaintiffs shall have until April 16, 2007 to file their reply in support of their motion for class certification.

4. In the event experts are to be used by either party, notice of initial designations of experts shall be given to the other side no earlier than March 12, 2007, and no later than March 15, 2007. The notice shall consist either of the affidavit of the expert, or an explanation of the opinions of the expert that are to be offered.

5. In the event that experts are so designated by either party, the other party shall provide notice of the designations of rebuttal experts no later than five business days after the earlier of (i) the date that party deposed the other side's expert, or (ii) the date on which the other side's expert's affidavit was provided to that party.

6. Any expert designated by any party shall be made available for deposition within one week of his or her designation. In no event shall there be an expert designated by plaintiffs whom defendants are not given an opportunity to depose on or before March 28, 2007.

IT IS SO ORDERED.

Dated: __February 23__, 2007

_____
The Honorable James Ware
United States District Court Judge