IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re ATI Technologies Systems Corp.,   NO. C 06-01303 JW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

In light of the motion for Class Certification scheduled for **April 23, 2007**, the Court VACATES case management conference presently scheduled for March 19, 2007. The Court will set a further case management conference in its order addressing the motion for class certification.

Dated: March 14, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Himmelfarb Consumerlaw1@earthlink.net
Alexander E Barnett abarnett@masonlawdc.com
David C. Parisi dcparisi@msn.com
Jeffrey S. Facter jfacter@shearman.com
Jiyoun Chung jiyoun.chung@shearman.com
Scott A Kamber skamber@kolaw.com

**Dated: March 14, 2007**                                **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers
        Elizabeth Garcia
        Courtroom Deputy**

United States District Court
For the Northern District of California