LATHAM & WATKINS LLP
   Margaret M. Zwisler (*pro hac vice* pending)
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20001-1304
Telephone: (212) 637-2200
Facsimile: (212) 637-2201

LATHAM & WATKINS LLP
   Charles H. Samel (Cal. Bar No. 182019)
   Charles W. Cox (Cal. Bar No. 162854)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
   Joshua N. Holian (Cal. Bar No. 211772)
   Brett D. Collins (Cal. Bar No. 223357)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendants
ATI Technologies Inc., ATI Technologies Systems
Corp., ATI Research Silicon Valley Inc., and ATI
Research, Inc.

*E-filed 1/7/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re ATI Tech. HDCP Litigation | Case No.: 5:06-CV-01303-JW HRL<br><br>JOINT STIPULATION AND ORDER RE SCHEDULING<br><br>Courtroom: 2<br>Judge: Magistrate Judge Howard Lloyd |

LATHAM&WATKINS LLP LA\1809973.1
ATTORNEYS AT LAW
LOS ANGELES   **Joint Stipulation and [Proposed] Order re Scheduling**   **CASE NO. : 5:06-CV-1303-JW HRL**

LA\1809973.1

1     WHEREAS, the plaintiffs are conducting additional class certification discovery pursuant to the Court's September 28, 2007 Order;

    WHEREAS, the undersigned counsel for defendants have recently appeared on behalf of defendants and are actively involved in responding to the additional discovery in an effort to narrow or resolve the plaintiffs' pending Motion to Compel ("Motion");

    WHEREAS, the parties are working to narrow their areas of dispute on the Motion and to reduce the burden on the Court in adjudicating that Motion;

    NOW THEREFORE, the parties, through their respective counsel, hereby stipulate and jointly request that the Court order as follows:

1. On or before January 8, 2008, plaintiffs shall designate which of the items in their Motion remain in dispute;

2. On or before January 15, 2008, defendants shall file any opposition to the items in the Motion which remain in dispute;

3. On or before January 22, 2008, plaintiffs shall file any reply memorandum to the items in the Motion which remain in dispute;

4. The hearing on the Motion shall be at 10:00 a.m. on January 29, 2008 or such date thereafter as available on the Court's calendar; and

5. Nothing in this Stipulation and [Proposed] Order shall preclude any party from seeking further relief on any scheduling matter.

Dated: December 24, 2007

PARISI & HAVENS LLP
David C. Parisi
Suzanne Havens Beckman


By:     /s/
    David C. Parisi

15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852
Email: dcparisi@parisihavens.com
    shavens@parisihavens.com

LATHAM & WATKINS LLP LA\1809973.1
ATTORNEYS AT LAW
LOS ANGELES     **Joint Stipulation and [Proposed] Order re Scheduling**      2      **CASE NO. : 5:06-CV-1303-JW HRL**

LA\1809973.1

| | |
|---|---|
| | KamberEdelson LLC<br>Scott A. Kamber, Esq.<br>11 Broadway, 22nd Floor<br>New York, NY 10004<br>Telephone: (877) 773-5469<br>Facsimile: (212) 202-6364<br>Email: skamber@kamberedelson.com<br><br>Co-Lead Counsel for Plaintiffs |
| Dated: December 24, 2007 | LATHAM & WATKINS LLP<br>Margaret M. Zwisler (pro hac vice pending)<br>Charles H. Samel<br>Brett D. Collins<br><br>By: _____/s/_____<br>   Brett D. Collins<br><br>Attorneys for Defendants ATI Technologies Inc., ATI Technologies Systems Corp., ATI Research Silicon Valley Inc., and ATI Research, Inc. |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and good cause appearing therefore, the Court orders as follows:

1. On or before January 8, 2008, plaintiffs shall designate which of the items in the Motion remain in dispute;

2. On or before January 15, 2008, defendants shall file any opposition to the items in the Motion which remain in dispute;

3. On or before January 22, 2008, plaintiffs shall file any reply memorandum to the items in the Motion which remain in dispute;

4. The hearing on the Motion shall be at 10:00 a.m. on January 29, 2008 or such date thereafter as determined by the Court; and

5. Nothing in this Stipulation and [Proposed] Order shall preclude any party from seeking further relief on any scheduling matter.

LATHAM&WATKINS LLP LA\1809973.1
ATTORNEYS AT LAW
LOS ANGELES   **Joint Stipulation and [Proposed] Order re Scheduling**   3   **CASE NO. : 5:06-CV-1303-JW HRL**

LA\1809973.1

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** |
| 2 | Dated: 1/7/08 |
| 3 | _____<br>United States Magistrate Judge<br>Howard R. Lloyd |
| 4 | |