IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ATI Tech. HDCP Litigation | NO. C 06-01303 JW<br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; REFERRING CASE TO JUDGE SEEBORG FOR SETTLEMENT CONFERENCE** |

The Court conducted a Case Management Conference on **February 25, 2008**. Counsel for the respective parties were present. Based on the discussion at the conference, the Court orders as follows:

(1) The Court specially sets a hearing on Plaintiffs' Motion for Class Certification pursuant to Federal Rule of Civil Procedure 23 for **September 9, 2008 at 9 a.m.** Plaintiffs shall notice their motion in accordance with the Civil Local Rules.

(2) The discovery cut-off date current set for February 11, 2008 is VACATED to accommodate Judge Lloyd's February 12, 2008 Order on Plaintiffs' Motion to Compel Discovery. (See Docket Item No. 98.) The new discovery cut-off date is **February 27, 2008**.

(3) The Court refers the parties Magistrate Judge Seeborg for a settlement conference. The parties shall contact Judge Seeborg's Chambers within ten (10) days from the date of this Order to set a conference date.

Dated: February 26, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Himmelfarb Consumerlaw1@earthlink.net
Alexander E Barnett abarnett@masonlawdc.com
Brett Davis Collins brett.collins@lw.com
Charles H. Samel charles.samel@lw.com
Charles Ward Cox chuck.cox@lw.com
David Christopher Parisi dcparisi@msn.com
Gary E. Mason gmason@masonlawdc.com
Joshua N. Holian joshua.holian@lw.com
Margaret M. Zwisler margaret.zwisler@lw.com
Scott A Kamber skamber@kolaw.com

**Dated: February 26, 2008**         **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**