IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re ATI Tech. HDCP Litigation
                                                            /

NO. C 06-01303 JW

**ORDER CLARIFYING FEBRUARY 27, 2008 ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

The Court is in receipt of the parties' request for clarification of the Court's February 27, 2008 Order Following Case Management Conference. (Docket Item No. 101.) The Court extended the discovery cut-off to February 27, 2008 in light of Magistrate Judge Lloyd's Order Re: Plaintiffs' Motion to Compel. However, the parties may stipulate to a further extension of the discovery cut-off to any date prior to **July 6, 2008**, so as to leave time for the parties to prepare for the Motion for Class Certification presently set for **September 9, 2008 at 9 a.m.** If the parties request such an extension, the parties shall file the stipulation and a proposed order within ten (10) days from the date of this order.

Dated: February 27, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Himmelfarb Consumerlaw1@earthlink.net
Alexander E Barnett abarnett@masonlawdc.com
Brett Davis Collins brett.collins@lw.com
Charles H. Samel charles.samel@lw.com
Charles Ward Cox chuck.cox@lw.com
David Christopher Parisi dcparisi@msn.com
Gary E. Mason gmason@masonlawdc.com
Joshua N. Holian joshua.holian@lw.com
Margaret M. Zwisler margaret.zwisler@lw.com
Scott A Kamber skamber@kolaw.com
Scott A Kamber skamber@kolaw.com

**Dated: February 27, 2008**  **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**