1  LATHAM & WATKINS LLP
     Margaret M. Zwisler (*pro hac vice*)
2  555 Eleventh Street, N.W., Suite 1000
   Washington, DC  20001-1304
3  Telephone:  (212) 637-2200
   Facsimile:  (212) 637-2201
4
   LATHAM & WATKINS LLP
5    Charles H. Samel (Cal. Bar No. 182019)
     Charles W. Cox (Cal. Bar No. 162854)
6  633 West Fifth Street, Suite 4000
   Los Angeles, California  90071-2007
7  Telephone:  (213) 485-1234
   Facsimile:  (213) 891-8763
8
   Attorneys for Defendants
9  ATI Technologies Inc., ATI Technologies Systems
   Corp., ATI Research Silicon Valley Inc., and ATI
10 Research, Inc.

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| In re ATI Tech. HDCP Litigation | Case No.: 5:06-CV-01303-JW HRL |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION BRIEFING SCHEDULE** |
| | Before:    Hon. James Ware<br>Courtroom:   8 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

Joint Stipulation and [Proposed] Order re Class Certification
Briefing Schedule

CASE NO. 5:06-CV-1303-JW HRL

LA\1836676.2

**WHEREAS**, on February 27, 2008, the Court specially set the hearing on any renewed motion for class certification for 9:00 a.m. on September 9, 2008.

**NOW THEREFORE**, the parties, through their respective counsel, hereby stipulate and jointly request that the Court order as follows:

1. Plaintiffs shall file any renewed motion for class certification, and all evidence in support of such motion, on or before July 15, 2008;

2. Defendants shall file any opposition to the renewed motion for class certification, and all evidence in support of such opposition, on or before August 14, 2008; and

3. Plaintiffs shall file any reply memorandum to the renewed motion for class certification on or before **August 26, 2008.** ~~August 29, 2008.~~

Dated: March 27, 2008        By:        / S /
                                    David C. Parisi

                            Scott A. Kamber
                            KAMBEREDELSON, LLC
                            11 Broadway, 22d Floor
                            New York, NY 10004
                            (212) 920-3072
                            skamber@kamberedelson.com

                            David C. Parisi
                            PARISI & HAVENS LLP
                            15233 Valleyheart Drive
                            Sherman Oaks, CA 91403
                            (818) 990-1299 (phone)
                            (818) 501-7852 (facsimile)
                            dcparisi@parisihavens.com

                            Co-Lead Counsel for Plaintiffs


Dated:  March 27, 2008       By:        / S /
                                    Charles Cox

                            LATHAM & WATKINS LLP
                               Margaret M. Zwisler (*pro hac vice*)
                            555 Eleventh Street, N.W., Suite 1000
                            Washington, DC  20001-1304
                            Telephone:  (212) 637-2200
                            Facsimile:  (212) 637-2201

1  
2  
3  
4  
           LATHAM & WATKINS LLP  
             Charles H. Samel (Cal. Bar No. 182019)  
             Charles W. Cox (Cal. Bar No. 162854)  
           633 West Fifth Street, Suite 4000  
           Los Angeles, California  90071-2007  
           Telephone:  (213) 485-1234  
           Facsimile:  (213) 891-8763

5             Attorneys for Defendants

6  

7        **IT IS SO ORDERED** as modified.

8  

9  
10  Dated: _____April 1_____, 2008        _/s/ James Ware_____  
                                                                      The Honorable James Ware  
                                                                       United States District Court Judge

11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28