IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 06-01303 JW

In Re: ATI Technologies HDCP Litigation

**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND THE CLASS DISCOVERY DEADLINE TO JULY 3, 2008**

_____/

Presently before the Court is Plaintiffs' motion for an extension of the class certification discovery cut-off to July 3, 2008. (See Docket Item No. 107.) In its February 27, 2008 Order, the Court noted that the parties may stipulate to an extension of the discovery cut-off to any date prior to July 6, 2008. (Docket Item No. 102.) However, Defendant has refused to so stipulate. (See Docket Item No. 113.)

The scope of discovery permissible under Rule 26 is to be liberally construed. Trustees of Stanford University v. Roche Molecular Systems, Inc., 237 F.R.D. 618, 621 (N.D. Cal. 2006). Since the Court previously stated that the parties could stipulate to an extension of discovery until July 6, 2008, the Court finds that Plaintiffs' request for an extension until July 3, 2008 is not unreasonable. Moreover, Plaintiffs have shown they have good cause to seek an extension of the cut-off because they need additional information regarding the issues framed by the Court's September 28, 2007 Order. Accordingly, the discovery cut-off is continued from February 27, 2008 to July 3, 2008. Any additional discovery conducted by Plaintiffs shall be limited to the Vasquez and Shutts issues identified by the Court's September 28, 2007 Order.

All further discovery disputes arising out of this Order are referred to the assigned Magistrate Judge. In light of this Order, the Court VACATES the hearing on the motion presently scheduled on May 19, 2008.

Dated: May 14, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Himmelfarb Consumerlaw1@earthlink.net
Alexander E Barnett abarnett20@hotmail.com
Brett Davis Collins brett.collins@lw.com
Charles H. Samel charles.samel@lw.com
Charles Ward Cox chuck.cox@lw.com
David Christopher Parisi dcparisi@msn.com
Gary E. Mason gmason@masonlawdc.com
Joshua N. Holian joshua.holian@lw.com
Margaret M. Zwisler margaret.zwisler@lw.com
Scott A Kamber skamber@kolaw.com

**Dated:  May 14, 2008**                              **Richard W. Wieking, Clerk**

                                                     **By:   /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California