**\*E-FILED 6/30/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C 06-01303 JW (HRL)

In re: ATI Technologies HDCP Litigation

**ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **July 15, 2008**, **at 9:30 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California.  In preparation for the conference, the procedures set forth below are to be followed:

**Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case.  In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated:  6/30/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Alexander E Barnett     abarnett20@hotmail.com

Brett Davis Collins     brett.collins@lw.com, #sfdocket@lw.com, christina.vankrugel@lw.com

Charles Ward Cox     chuck.cox@lw.com

Alan Himmelfarb     Consumerlaw1@earthlink.net

Joshua N. Holian     joshua.holian@lw.com, #sfdocket@lw.com

Scott A Kamber     skamber@kolaw.com, drubin@kolaw.com

Gary E. Mason     gmason@masonlawdc.com, mdicocco@masonlawdc.com, nmigliaccio@masonlawdc.com

David Christopher Parisi     dcparisi@msn.com, shavensbeckman@msn.com

Charles H. Samel     charles.samel@lw.com, #dclitigationservices@lw.com, david.nichols@lw.com, jennifer.carmassi@lw.com, terry.hele@lw.com

Margaret M. Zwisler     margaret.zwisler@lw.com, #dclitigationservices@lw.com, david.nichols@lw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 6/30/08

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*