Scott A. Kamber, Esq. (*pro hac vice*)
KAMBEREDELSON, LLC
11 Broadway, 22nd Floor
New York, New York  10004
(877) 773-5469 (phone)
(212) 202-6364 (facsimile)
skamber@kolaw.com

David C. Parisi, Esq. (SBN 162248)
Suzanne Havens Beckman (SBN 188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Co-Lead Counsel for Plaintiffs

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re ATI Tech. HDCP Litigation | Case No.: 5:06-CV-01303-JW <br><br> **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CLASS CERTIFICATION BRIEFING SCHEDULE TO ALLOW PARTIES TO CONTINUE SETTLEMENT DISCUSSIONS** <br><br> (CIVIL LOCAL RULE 6-2) |

| | |
|---|---|
| 1 | WHEREAS, on June 10, 2008, the parties participated in a Settlement Conference before Magistrate Judge Richard Seeborg (Docket Item No. 119); |
| 2 | |
| 3 | |
| 4 | WHEREAS, on June 12, 2008, the parties participated in a further mediation session without the assistance of a mediator; |
| 5 | |
| 6 | |
| 7 | WHEREAS, the parties believed that their settlement discussions were productive and jointly requested that Mag. Judge Seeborg preside over a further mediation session; |

1  WHEREAS, on June 10, 2008, the parties participated in a Settlement Conference before
2  Magistrate Judge Richard Seeborg (Docket Item No. 119);
3
4  WHEREAS, on June 12, 2008, the parties participated in a further mediation session
5  without the assistance of a mediator;
6
7  WHEREAS, the parties believed that their settlement discussions were productive and
8  jointly requested that Mag. Judge Seeborg preside over a further mediation session;
9
10  WHEREAS, the parties appeared before Mag. Judge Seeborg at a full day Settlement
11  Conference on July 15, 2008 (Docket Item No. 122);
12
13  WHEREAS, the settlement discussions have been productive and the parties believe that it
14  would be more effective to continue their settlement discussions rather than litigating at this time;
15
16  WHEREAS, this Court entered an Order dated February 27, 2008, which set a hearing on
17  Plaintiffs' Motion for Class Certification for September 9, 2008 at 9:00 a.m. (Docket Item No.
18  101);
19
20  WHEREAS, this Court entered an Order on May 14, 2008, which continued the discovery
21  cut-off to July 3, 2008 (Docket Item No. 118);
22
23  WHEREAS, this Court entered an Order dated April 1, 2008, which required that Plaintiffs
24  file any renewed motion for class certification on or before July 15, 2008, that Defendants file any
25  opposition on or before August 14, 2008, and that Plaintiffs file any reply on or before August 26,
26  2008 (Docket Item No. 105);
27
28

2

Stipulation and [Proposed] Order re
Continuance to Allow Further Settlement Discussions           **Case No. 5:06-CV-01303 JW**

1    WHEREAS, this Court entered an Order dated July 30, 2008, which (1) continued the
2 discovery cut-off to September 30, 2008, (2) required that Plaintiffs file any renewed motion for
3 class certification on or before October 10, 2008, (3) required that Defendants file any opposition
4 on or before November 10, 2008, that Plaintiffs file any reply on or before November 24, 2008, and
5 (4) required that a hearing on the motion for class certification be held on December 8, 2008 at
6 9:00 a.m. (Docket Item No. 125.)

7

8    WHEREAS, the parties believe that the settlement discussions have been productive and
9 the parties are better served focusing their efforts on settlement discussions rather than litigation at
10 this time;

11

12    THEREFORE, the parties, through their respective counsel, hereby stipulate and jointly
13 request that the Court order as follows:

14

15   1.  The discovery cut-off be extended to December 1, 2008 to complete discovery
16     properly served as of June 10, 2008;

17

18   2.  Plaintiffs shall file any renewed motion for class certification, and all evidence in
19     support of such motion, on or before December 22, 2008;

20

21   3.  Defendants shall file any opposition to the renewed motion for class certification,
22     and all evidence in support of such motion, on or before January 22, 2009;

23

24   4.  Plaintiffs shall file any reply memorandum in support of the renewed motion for
25     class certification on or before February 9, 2009; and

26

27

28

5. Plaintiffs' Motion for Class Certification pursuant to Federal Rule of Civil Procedure 23 shall be heard on February 16, 2009 at 9:00 a.m., or as soon thereafter as shall be set by the Court on its hearing calendar.

Dated: September 29, 2008         By:   s/David C. Parisi

Scott A. Kamber
KAMBEREDELSON, LLC
11 Broadway, 22d Floor
New York, NY 10004
(212) 920-3072
skamber@kamberedelson.com

David C. Parisi
Suzanne Havens Beckman
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com

Co-Lead Counsel for Plaintiffs

Dated:  September 29, 2008         LATHAM & WATKINS LLP
Margaret M. Zwisler (pro hac vice)
Charles H. Samel
Charles W. Cox

By:   s/Charles W. Cox (email approved 9/29/2008)
      Charles W. Cox

Attorneys for Defendants ATI Technologies Inc., ATI Technologies Systems Corp., ATI Research Silicon Valley Inc., and ATI Research, Inc.

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and good cause appearing therefore, the Court orders as follows:

1. The discovery cut-off shall be extended to December 1, 2008, to complete discovery properly served as of June 10, 2008;

2. Plaintiffs shall file any renewed motion for class certification, and all evidence in support of such motion, on or before December 22, 2008;

3. Defendants shall file any opposition to the renewed motion for class certification, and all evidence in support of such motion, on or before January 22, 2009;

4. Plaintiffs shall file any reply memorandum to the renewed motion for class certification on or before February 9, 2009; and

5. Plaintiffs' Motion for Class Certification pursuant to Federal Rule of Civil Procedure 23 shall be heard on **February 23, 2009 at 9 a.m.**

**This is the parties' last and final continuance.** In light of this Order, the Court VACATES the Case Management Conference on October 6, 2008.

IT IS SO ORDERED.

Dated: __October 2__, 2008         _____/s/ James Ware_____
                                    The Honorable James Ware
                                    United States District Court Judge

5

Stipulation and [Proposed] Order re
Continuance to Allow Further Settlement Discussions          Case No. 5:06-CV-01303 JW