IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: ATI Technologies HDCP Litigation<br>_____/ | NO. C 06-01303 JW<br>**ORDER FOLLOWING HEARING RE: FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT** |

On August 31, 2009, the Court held a hearing regarding Plaintiffs' Motion for Final Approval of Class Action Settlement Agreement (hereafter "Motion," Docket Item No. 138) and Plaintiffs' Request for Attorneys' Fees, Costs, and Plaintiff Incentive Awards. (hereafter "Request," Docket Item No. 142.) Counsel for the respective parties were present.

In light of the discussion at the hearing, the Court orders that on or before **September 3, 2009**, the parties shall file an Amended Final Approval Order and Judgment whereby the parties shall nominate specific *Cypres* recipients. Since this case has significant ties to California residents, the parties shall nominate agencies that will further the goal of protecting California's consumers.

Dated: August 31, 2009

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Himmelfarb Consumerlaw1@earthlink.net
Alexander E Barnett abarnett20@hotmail.com
Brett Davis Collins brett.collins@lw.com
Charles H. Samel charles.samel@lw.com
Charles Ward Cox chuck.cox@lw.com
David Christopher Parisi dcparisi@msn.com
Gary E. Mason gmason@masonlawdc.com
Joshua N. Holian joshua.holian@lw.com
Margaret M. Zwisler margaret.zwisler@lw.com
Michael James Aschenbrener maschenbrener@kamberedelson.com
Scott A Kamber skamber@kolaw.com

**Dated:  August 31, 2009**                                   **Richard W. Wieking, Clerk**

                                                  **By:     /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California