IT IS SO ORDERED
AS MODIFIED

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ATI TECH. HDCP LITIGATION | Case No. 5:06-CV-01303-JW |
| | [PROPOSED] FINAL APPROVAL ORDER AND JUDGMENT |
| This Document Relates to: | |
| ALL ACTIONS | Hon. James Ware |
| | Courtroom 8, 4th Floor |

    This matter having come before the Court for hearing, pursuant to the Order of this Court,

dated April 7, 2009 (Docket No. 136), on the application of the Settling Parties for approval of

the settlement set forth in the Settlement Agreement dated as of January 30, 2009  (Docket No.

130-2) ("Agreement"), and due and adequate notice having been given to the Class as required in

said Order, and the Court having considered all papers filed and proceedings had herein and

otherwise being fully informed in the premises and good cause appearing therefore, IT IS

HEREBY ORDERED, ADJUDGED, AND DECREED that:

LA\1923049.3

1.      As used in this Final Approval Order and Judgment the capitalized terms not otherwise defined herein have the meanings set forth in the Agreement.

2.      This Court has jurisdiction over the subject matter of the Actions and over all Class Members, and to consider and enter this Final Approval Order and Judgment.

3.      The notice given to the Class of the Settlement and the other matters set forth therein was the best notice practicable under the circumstances, including individual notice to all Class Members who could be identified through reasonable effort.  Said notice provided due and adequate notice of these proceedings and of the matters set forth in the Agreement, including the proposed Settlement, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure and due process.

4.      The Court has been advised of any objections to the Settlement and has given fair consideration to any such objections.

5.      The Settling Parties conducted arm's length negotiations in good faith which resulted in the proposed Settlement reflected in the Agreement.

6.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby approves the Settlement as set forth in the Agreement, finds that said Settlement, including the Distribution Plan, is, in all respects, fair, reasonable, and adequate with respect to the Class, and directs that the Settlement, including the Distribution Plan, be consummated in accordance with the terms and conditions set forth in the Agreement.

7.      The Actions are hereby dismissed with prejudice, and without costs (except as set forth in the Agreement), as to all Defendants.

8.      Upon this Judgment becoming Final, the Plaintiffs and each Class Member, on behalf of themselves, their successors and assigns, and any other Person claiming (now or in the future) through or on behalf of them, and regardless of whether any such Plaintiff or Class

2

LA\1923049.3

Member ever seeks or obtains by any means, including, without limitation, by submitting a Proof of Claim and Release, any distribution from the Net Settlement Fund established pursuant to the Agreement, shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Releasees and shall have covenanted not to sue the Releasees with respect to all such Released Claims, and shall be permanently barred and enjoined from instituting, commencing, prosecuting or asserting any such Released Claim against the Releasees.

9.     This Judgment is a final judgment in the Actions as to all claims among Defendants, on the one hand, and the Plaintiffs and all Class Members, on the other.  This Court finds, for purposes of Rule 54(b) of the Federal Rules of Civil Procedure, that there is no just reason for delay and expressly directs entry of judgment as set forth herein.

10.     As provided for in paragraphs 20 and 21 of the Agreement, the Court approves an award from the Settlement Amount of **$ 3,367,422.47**         to pay Class Counsel's attorneys' fees, plus **$ 32,577.53**            to reimburse Class Counsel for payment of costs and expenses reasonably incurred in prosecuting and settling the Actions

11.     As provided for in paragraph 18 of the Agreement, the Court approves an award of all sums remaining in the Net Settlement Fund in equal amounts to the following *cy pres* recipients: Computers for Youth; Consumer Action; School on Wheels, Inc.; SeniorNet; Bet Tzedek (Los Angeles, California); East Bay Community Law Center; Electronic Privacy Information Center; Legal Aid Society of San Diego; National Consumer Law Center; One Laptop per Child; Public Counsel (Los Angeles, California); Public Justice Foundation; and, Public Law Center (Orange, California); Katharine & George Alexander Community Law Center and Stanford Public Interest Law Foundation.

[PROPOSED] AMENDED FINAL APPROVAL
ORDER AND JUDGMENT
5:06-CV-01303-JW

12.     Without affecting the finality of this Judgment in any way, this Court hereby retains exclusive jurisdiction over (a) implementation of the Settlement; (b) any award or distribution of the settlement fund established pursuant to the Agreement, including interest earned thereon; and (c) all other proceedings related to the implementation and enforcement of the terms of the Agreement and/or the Settlement.  The time to appeal from this Judgment shall commence upon its entry. Without limiting the generality of the foregoing, any dispute concerning the provisions of this Judgment, including but not limited to any suit, action or proceeding in which the provisions of this Judgment are asserted as a defense in whole or in part to any claim or cause of action asserted by any Class Member or otherwise raised as an objection, shall constitute a suit, action or proceeding arising out of or relating to this Judgment. Solely for purposes of any such suit, action or proceeding, to the fullest extent possible under applicable law, the Defendants and the Class Members are deemed to have irrevocably waived and to have agreed not to assert, whether by way of motion, as a defense or otherwise, any claim, argument or objection that they are not subject to the jurisdiction of this Court or that this Court is in any way an improper venue or an inconvenient forum.

13.     In the event that this Judgment does not become Final, this Judgment shall be rendered null and void and shall be vacated, *nunc pro tunc*, and the provisions of ¶ 28 of the Agreement shall apply.

4

[PROPOSED] AMENDED FINAL APPROVAL
ORDER AND JUDGMENT
5:06-CV-01303-JW

14.     Without further order of the Court, the Settling Parties may agree to reasonable extensions of time to carry out any of the provisions of the Agreement.

The Clerk shall close this file.

**IT IS SO ORDERED:**

Dated:  September 11, 2009

_____
Hon. James Ware
United States District Court Judge

5

LA\1923049.3